OPINION — AG — 70 O.S. 1975 Supp. 21-106, [70-21-106], AS AMENDED BY HOUSE BILL NO. 1781 OF THE SECOND SESSION OF THE THIRTY FIFTH LEG., IS CONSTITUTIONAL; THAT THE PROVISIONS PROVIDING FOR A LESSER MINIMUM BOND REQUIREMENT AND LICENSE FEE FOR FLIGHT SCHOOLS AND OTHER REGULATED PRIVATE SCHOOLS ARE NOT UNLAWFULLY DISCRIMINATORY. CITE: 70 O.S. 1975 Supp. 21-106 [70-21-106], (SURETY BOND) (HAROLD B. MCMILLAN)